UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED

MAY 17 2007

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO

IN THE MATTER OF THE TAX )
INDEBTEDNESS OF: )
) 4:07MC00.258ERW
Creepy Crawl, Inc. )
d/b/a Creepy Crawl )
3524 Washington Avenue )
St. Louis, MO 63103-1026 )

### ORDER FOR ENTRY ON PREMISES TO EFFECT LEVY AND TO OPEN CASH REGISTERS, CASH RECEPTACLES, AND SAFES

The United States, having filed an application requesting authorization for Consuela S. Henderson, a revenue officer of the Internal Revenue Service, and other designated revenue officers to enter the premises at 3524 Washington Avenue, St. Louis, Missouri 63103, and to open all cash registers, safes, cash boxes, or any other type of cash receptacle located there in order to seize property in satisfaction of unpaid federal taxes, together with the affidavit of Revenue Officer Consuela S. Henderson in support of that application and the Court finding, on the basis of the affidavit, that there is probable cause to believe that property or rights to property which is subject to the levy by the United States pursuant to 26 U.S.C. § 6331 is located on or within the premises described, it is

ORDERED that Revenue Officer Consuela S. Henderson and other designated revenue officers are authorized to enter the premises

described, to open all cash registers, safes, cash boxes, or any other type of cash receptacle, and to make such search as is necessary in order to levy and seize, pursuant to 26 U.S.C. § 6331. In making this search and seizure, however, the revenue officers are directed to enter the premises during business hours or the daytime and within 10 days of this order, and to make reasonable entries thereafter to effectuate any disposition of seized property.

IT IS FURTHER ORDERED that Revenue Officer Consuela S. Henderson make a return before the issuing United States District Judge promptly after the execution of this order and shall state under oath the following:

1. The date this order was received;

2. The date, time, and manner the order was executed;

3. Whether property or rights to property were levied upon or seized; and

4. Identification of the person with whom or place where a copy of this order was left.

Dated: *May 17, 2007*

E. *[signature]*
United States District Judge